IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PROFESSIONAL BULL RIDERS, INC.,
a Colorado corporation,

    Plaintiff,

v.                                        Case No. 14-CV-03510-CMA-KLM

PERFECT BLEND INTERNATIONAL, LLC
d/b/a
PERFECT BLEND INTERNATIONAL, INC.,
a Florida limited liability company,
and
ERNEST D. MURPHY,

    Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Submitted this 13th day of May, 2015 by:

| | |
|---|---|
| KUTAK ROCK LLP | Brown & Kannady, LLC |
| s/ *Neil L., Arney* | s/ *Scott Thomas Kannady* |
| Neil L. Arney, #27860 | Scott Thomas Kannady |
| KUTAK ROCK LLP | 2000 South Colorado Boulevard |
| 1801 California St., Suite 3100 | Tower 2, #2-610 |
| Denver, CO 80202 | Denver, CO 80222 |
| Tel: (303) 297 2400 | 303-757-3800 |
| Email: neil.arney@kutakrock.com | Email: Scott@brownlegal.com |

AND

Juliet A. Cox
Eric S. Johnson
KUTAK ROCK LLP
2300 Main St., Suite 800
Kansas City, MO 64108
Tel: (816) 960-0090
Email: juliet.cox@kutakrock.com

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANTS

**SO ORDERED**

Dated: *May 14, 2015*

Hon. Kristen L. Mix

4811-2623-5427.1