IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03510-CMA-KLM

PROFESSIONAL BULL RIDERS, INC., a Colorado corporation,

    Plaintiff,

v.

PERFECT BLEND INTERNATIONAL, LLC, a Florida limited liability company doing business as Perfect Blend International, Inc., and
ERNEST D. MURPHY,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Protective Order** [#26][1], filed on the docket as a motion, (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#26] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: May 14, 2015

---

[1] "[#26]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.