IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: December 9, 2015 | Alfred A. Arraj United States Courthouse |

Civil Action No. 14-cv-03510-CMA-KLM

*Parties*:                                              *Counsel*:

PROFESSIONAL BULL RIDERS, INC.,            Juliet Cox
                                                        Eric Johnson
　　　Plaintiff,

v.

PERFECT BLEND INTERNATIONAL,               David Meretta
LLC, and                                                Michael Whitaker
ERNEST D. MURPHY,

　　　Defendants.

### AMENDED COURTROOM MINUTES

**HEARING:  TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:  11:11 a.m.**

Court calls case. Appearance of counsel.

Interested Party Stephanie Spear also appears by phone.

Telephonic Discovery Hearing is called regarding Interested Party Stephanie Spear's Motion to Quash Subpoena **#[43]** (the "Motion").

Ms. Spear is sworn by the Court.

Court inquires as to whether or not Ms. Spear has documents that are responsive to the subpoena.

For the reasons set forth on the record:

**ORDERED:** The Motion **#[43]** is **GRANTED** on the basis that the interested party testified she does not have any documents that are responsive to the subpoena**.**

The Court notes it will not quash any future subpoena for Ms. Spear to give a deposition at defense counsel's office based on the 100-mile rule.

HEARING CONCLUDED.
**Court in recess:    11:22 a.m.**
Time In Court:       00:11 minutes

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.