IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03510-CMA-KLM

PROFESSIONAL BULL RIDERS, LLC, a Colorado corporation,

    Plaintiff,

v.

PERFECT BLEND INTERNATIONAL, LLC, a Florida limited liability company doing business as Perfect Blend International, Inc., and
ERNEST D. MURPHY,

    Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Stipulated Protective Order** [#55] (filed as a motion) (the "Motion for Protective Order") and on the parties' **Joint Motion to Continue the Final Pretrial Conference [#56]** (the "Motion to Continue").

    IT IS HEREBY **ORDERED** that the Motion to Continue [#56] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for March 29, 2016, at 10:00 a.m. is **VACATED** and **RESET** to **May 19, 2016**, at **9:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 12, 2016**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

    IT IS FURTHER **ORDERED** that the Motion for Protective Order [#55] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the proposed Protective Order supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: March 24, 2016